

| | | |
|---|---|---|
| **Tanya Katzenmeyer/TXWD/05/USCOURTS**<br>09/09/2008 04:27 PM | To | Shelley Moore/TXED/05/USCOURTS@USCOURTS, David O'Toole/TXWD/05/USCOURTS@USCOURTS |
| | cc | Katherine Wallace/TXWD/05/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | Re: Transfer of Texarkana (ED of TX) case to your court |

Shelley:
The order transferring The Association of American Physicians & Surgeons, Inc. v The Texas Medical Board, et al. from the Eastern District to the Western District has been received and issued cause number 1:08cv675 LY.

As discussed earlier, I'll be looking for your email containing the sealed documents that go with this case.

If you have any questions, feel free to give me a call.
~tanya



Tanya Katzenmeyer
Deputy Clerk
U.S. District Court
200 W. 8th Street
Austin, TX 78701
(512) 916-5896 X-0



FILED
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SEP 0 9 2008

DAVID J. MALAND, CLERK

David O'Toole/TXWD/05/USCOURTS

| | | |
|---|---|---|
| **David O'Toole/TXWD/05/USCOURTS**<br>09/09/2008 10:49 AM | To | Shelley Moore/TXED/05/USCOURTS@USCOURTS |
| | cc | Tanya Katzenmeyer/TXWD/05/USCOURTS@USCOURTS, Katherine Wallace/TXWD/05/USCOURTS@USCOURTS |
| | Subject | Re: Transfer of Texarkana (ED of TX) case to your court |

Ms. Moore,

We received your e-mail and will assign a case number today. One of our deputy clerks will advise you as soon as a case number is assigned.

Thanks,
David

Shelley Moore/TXED/05/USCOURTS

Shelley